**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Mary Oberther, *on behalf of herself and all others similarly situated,*<br><br>      Plaintiff,<br><br>  v.<br><br>Midland Credit Management, Inc.,<br><br>      Defendant. | Civil Action No.: 3:14-cv-30014-MGM |

**NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION AND PRELIMINARY APPROVAL OF THE PARTIES' CLASS ACTION SETTLEMENT AGREEMENT**

  PLEASE TAKE NOTICE that, upon the accompanying memorandum together with the Settlement Agreement and all Exhibits attached thereto, the undersigned hereby moves this Court for an order 1) certifying the proposed class, 2) preliminarily approving the parties' class action settlement agreement, 3) approving the notice to the class, and 4) scheduling a fairness hearing.

Dated: January 12, 2016

                     Respectfully submitted:
                     /s/ Stephen Taylor
                     Sergei Lemberg
                     Stephen Taylor
                     Lemberg Law
                     43 Danbury Road
                     Wilton, CT 06897
                     Tel: (203) 653-2250
                     Fax: (203) 653-3424
                     Email: slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

       I hereby certify that on January 12, 2016, a copy of the foregoing was filed with the Clerk of the Court via the Court's CM/ECF system which sent notice of such filing to the following:

Andrew Schwartz
Marshall Dennehey Warner Coleman & Goggin, P.C.
2000 Market Street, Suite 2300
Philadelphia, PA 19103

Kara G. Thorvaldsen
William T. Bogaert
Erik J. Tomberg
Wilson Elser Moskowitz Edelman & Dicker LLP
260 Franklin Street
14th Floor
Boston, MA 02110

                                                              /s/ Stephen Taylor
                                                              Stephen Taylor