## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Mary Oberther, *on behalf of herself and all others similarly situated,*<br><br>    Plaintiff,<br><br>    v.<br><br>Midland Credit Management, Inc.,<br><br>    Defendant. | Civil Action No.: 3:14-cv-30014-MGM |

## MOTION FOR ATTORNEY'S FEES AND COSTS AND APPROVAL OF INCENTIVE AWARD

PLEASE TAKE NOTICE that Plaintiff Mary Oberther, by and through Class Counsel, hereby moves the Court to (1) approve and award attorney's fees and costs in the amount of $60,000.00 to Class Counsel, and (2) approve an incentive award of $2,000 to Plaintiff Mary Oberther for her services to the class.

In support, Plaintiff submits the accompanying memorandum of law and affidavits in support.

Plaintiff respectfully requests that the Court rule on this Motion for Attorney's Fees and Costs at the Final Approval Hearing scheduled for July 13, 2016.

Dated: May 11, 2016

                                                                  Respectfully submitted:
                                                                   */s/ Stephen Taylor*
                                                                  Sergei Lemberg
                                                                  Stephen Taylor
                                                                  Lemberg Law
                                                                  43 Danbury Road
                                                                  Wilton, CT 06897
                                                                 Tel: (203) 653-2250
                                                                 Fax: (203) 653-3424
                                                                Email: slemberg@lemberglaw.com

# **CERTIFICATE OF SERVICE**

       I hereby certify that on May 11, 2016, a copy of the foregoing was filed with the Clerk of the Court via the Court's CM/ECF system which sent notice of such filing to the following:

Andrew Schwartz
Marshall Dennehey Warner Coleman & Goggin, P.C.
2000 Market Street, Suite 2300
Philadelphia, PA 19103

Kara G. Thorvaldsen
William T. Bogaert
Erik J. Tomberg
Wilson Elser Moskowitz Edelman & Dicker LLP
260 Franklin Street
14th Floor
Boston, MA 02110

                                                                           */s/ Stephen Taylor*
                                                                            Stephen Taylor