# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY OBERTER, on behalf of herself and all others similarly situated,<br>    Plaintiffs<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.<br>    Defendant | CIVIL ACTION<br>NO. 3:14-cv-30014-MGM |

## JUDGMENT IN A CIVIL CASE

**Mark G. Mastroianni, D.J.**

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** of dismissal entered, pursuant to the court's endorsed order entered this date, approving the parties proposed order granting final approval to class action settlement.

                                       **ROBERT M. FARRELL**,
                                       CLERK OF COURT

Dated: July 13, 2016                 By /s/ *Maurice G. Lindsay*
                                           Maurice G. Lindsay
                                           Deputy Clerk

(Civil Judgment of dismissal (Routine) MGM.wpd - 11/98)
                    [jgm.]